

# THE ATTORNEY GENERAL

# OF TEXAS

AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

November 12, 1952

Hon. J. W. Edgar                    Opinion No. V-1538
Commissioner of Education
Texas Education Agency           Re: Authority of the Texas
Austin, Texas                         Education Agency to re-
                                      quire the depository
                                      banks of public junior
                                      college districts to
Dear Dr. Edgar:                       file an annual report.

        Your request for an opinion of this office
relates to the application of general school laws to
the operation of junior college districts. You state
that since you have been unable to discover pertinent
statutes governing junior colleges which provide for
an annual depository bank report it has been your inter-
pretation that Article 2833 would be applicable to
junior college districts.

        Article 2833, V.C.S., provides:

        "Each treasurer receiving or having con-
    trol of any school fund of an independent
    school district shall keep a full and sepa-
    rate itemized account with each of the dif-
    ferent classes of school funds coming into
    his hands, and shall on or before the first
    day of October of each year, file with the
    board of trustees of such independent school
    district and with the State Superintendent an
    itemized report of the receipts and disburse-
    ments of the school funds for the preceding
    school year ending August 31st, which report
    shall be on a form prescribed and furnished
    by the Department of Education. The board of
    trustees shall notify the State Superintend-
    ent of their approval of said report within
    thirty days after receipt of same, should
    same be approved, and the State Superintend-
    ent shall notify the board of trustees of
    objections or of recommendations concerning
    same should he desire to make any. All
    vouchers showing items of the report shall
    be filed with the board of trustees and the

State Superintendent may demand same when passing on said report or for the purpose of investigating same."

Section 5 of Article 2815h, V.C.S., provides:

"The Board of Trustees of Junior College Districts shall be governed in the establishment, management and control of the Junior College by the General Law governing the establishment, management and control of Independent School Districts insofar as the General Law is applicable."

Section 11 of Article 2815h, V.C.S., is in part as follows:

"The Board of Education of the Junior College District shall have the right to select and designate a depository for such District and the General Laws pertaining to County depositories, so far as applicable, shall govern in the selection of the District depository, and with respect to the depository bond, and the like."

A careful examination of the laws relating to county depositories (Arts. 2544 et seq., V.C.S.) does not reveal any authority for requiring a depository bank to file an annual depository bank report with the Texas Education Agency. In situations of this nature it is universally held that the specific statute (Art. 2815h) more clearly evidences the intention of the Legislature than the general one, and will therefore control. See Sam Bassett Lbr. Co. v. City of Houston, 145 Tex. 492, 198 S.W.2d 879 (1947); Canales v. Laughlin, 147 Tex. 169, 214 S.W.2d 451 (1948); State v. Mauritz-Wells Co., 141 Tex. 634, 175 S.W.2d 238 (1943).

In answer to your specific question it is our opinion that the Texas Education Agency is not authorized to require depository banks of public junior college districts to file annual reports.

## SUMMARY

The Texas Education Agency is without authority to require depository banks of public junior college districts to file annual depository bank reports.

Yours very truly,

APPROVED:

PRICE DANIEL
Attorney General

J. C. Davis, Jr.
County Affairs Division

Mary K. Wall
Reviewing Assistant

By Burnell Waldrep
Assistant

Charles D. Mathews
First Assistant

BW:am